UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                          CASE NO.: 08-06260-8-JRL

STAMEY, ROBIN T.                         SSN: XXX-XX-2210

DEBTOR(S)                                       CHAPTER 7

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Claimant | Amount |
|---|---|---|
| 000009 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2ND Ave Ste 1120<br>Miami, FL  33131 | $1.26 |

Dated:  November 20, 2009

                                                             /s/ Joseph N. Callaway
                                                             Joseph N. Callaway
                                                             Chapter 7 Trustee
                                                             P. O. Box 7100
                                                             Rocky Mount, NC  27804-0100
                                                             (252)937-2200

Attachment:  1 Check(s)

cc: Bankruptcy Administrator (w/copy of check)